UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO BANK N.A.,<br>Plaintiff,<br>v.<br>V & V EXPRESS, LLC,<br>Defendant. | CASE NO. 3:25-cv-05703-JHC<br>ORDER |

This matter comes before the Court on Plaintiff's motions to lift stay status and reinstate case (Dkt. # 19), for default judgment (Dkt. # 20), for attorney fees and costs (Dkt. # 21), and for bill of costs (Dkt. # 25). Plaintiff violated LCR 7(b)(1) by failing to file proposed orders and by failing to email proposed orders to chambers. Yesterday, the Court requested that counsel immediately email Word versions of the proposed orders for the motions at Dkt. ## 19, 20, & 21. There has been no response. Thus, the Court DENIES the motions without prejudice.

Dated this 20th day of October, 2026.

John H. Chun
United States District Judge