**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BMO BANK N.A.,<br><br>Plaintiff,<br><br>v.<br><br>V & V EXPRESS, LLC, a Washington limited liability company, et al.,<br><br>Defendant. | Case No. 3:25-CV-05703-JHC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY STATUS AND REINSTATE CASE** |

THIS MATTER comes before the Court on Plaintiff BMO Bank N.A.'s Motion to Lift Stay Status and Reinstate Case. Dkt. # 28. The Court, having reviewed and considered the Motion, and having found good cause shown, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED Plaintiff's Motion to Lift Stay Status and Reinstate Case is GRANTED. The automatic stay placed by this Court's Order of April 2, 2026 (Dkt. # 17) shall be LIFTED. The Case at Bar is REINSTATED. The Clerk is hereby authorized and directed to designate the instant action as part of the active caseload of the Court.

//

//

DATED: October 21, 2026.

JOHN H. CHUN
United States District Judge