**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

BMO BANK N.A.,

Plaintiff,

v.

V & V EXPRESS, LLC, a Washington limited liability company, et al.,

Defendant.

Case No. 3:25-CV-05703-JHC

**ORDER RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT V & V EXPRESS, LLC**

THIS MATTER comes before the Court on Plaintiff's Motion for Entry of Default Judgment against Defendant V & V Express, LLC. Dkt. # 29. The Court DENIES the motion without prejudice because it does not apply the seven factors under *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). Plaintiff may file a motion that properly applies the *Eitel* factors.

DATED: October 22, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge