**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

BMO BANK N.A.,

Plaintiff,

v.

V & V EXPRESS, LLC, a Washington limited liability company, et al.,

Defendant.

Case No. 3:25-CV-05703-JHC

**ORDER RE: PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**

THIS MATTER comes before the Court on Plaintiff BMO Bank N.A.'s Motion for Award of Attorney Fees and Costs against Defendant V & V Express, LLC. Dkt. # 30. The Court denies the motion without prejudice. The motion is premature. Judgment has not been entered against Defendant. Plaintiff may incorporate a request for an award of fees and costs into any forthcoming motion for default judgment. The Court suggests that counsel review some orders from this District granting motions for default judgment. *See, e.g.*, *Board of Trustees of the Locals 302 and 612 of the Int'l Union of Operating Engineers Construction Industry Health and Sec. Fund, et al. v. Barry Civ. Construction, Inc., et al.*, 2022 WL 17444075 2022 (W.D. Wash. Dec. 6, 2022) (awarding attorney fees and costs).

DATED: October 22, 2026.

JOHN H. CHUN
United States District Judge